# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Alfaro,<br><br>                    Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>                    Respondents. | No. CV 26-03111 PHX DJH (CDB)<br><br>**ORDER** |

    **IT IS ORDERED that** Respondents shall have until close of business on July 25, 2026, to file a response to Petitioner's pleading at ECF No. 15 which includes producing evidence that at Petitioner's June 10, 2026, bond hearing Respondents fully complied with the Order at ECF No. 10, i.e., that the bond hearing satisfied the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011) and that Respondents met their substantive burden of persuasion that Petitioner would be a flight risk if released from detention.

    Dated this 24th day of June, 2026.

_____
Camille D. Bibles
United States Magistrate Judge